# CRIMINAL MINUTES

CR-2-13-148
USA vs.  HAIDER   ZAFAR
          (In Custody)

# ARRAIGNMENT on INDICTMENT

## Hearing held on THURSDAY,  07/11/2013
## 1:37 PM
## before Judge Edmund A. Sargus, Jr.

For Govt: Dale Williams, AUSA

For Deft:   Sam Shamansky, Esq.

- Defendant pleaded NOT GUILTY to Counts 1-118, 119-131, 132, 133-135 and Forfeiture A.
- Trial set for September 3, 2013
- Custody status continued

(3 mins)

Laura Samuels, Court Reporter
Zach Keller, Law Clerk
Andy Quisumbing, Courtroom Deputy